CT Corporation

**Service of Process Transmittal**
02/07/2019
CT Log Number 534883373

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Walmart Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:** Process Served in Kentucky

**FOR:** Walmart Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | McIntosh Cherie, Pltf. vs. Wal-Mart Stores East, Limited Partnership and Walmart Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Graves County Circuit Court, Ky<br>Case # 19CI00047 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 02/02/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/07/2019 postmarked on 02/04/2019 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Chris Hendricks<br>301 Andrus Drive<br>P.O. Box 1575<br>Murray, KY 42071<br>270-293-5944 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/08/2019, Expected Purge Date: 02/13/2019<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Page 1 of  1 / PS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



| | | |
|---|---|---|
| AOC-S-105  Sum Code: CI<br>Rev. 7-99<br><br>Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02; Cr Official Form 1 | <br>Civil Summons | Case Number **19-CI-00047**<br>Court CI<br>County GRAVES |

*Plantiff,* MCINTOSH, CHERIE   VS. WALMART STORES EAST, LIMITED PARTNERS, *Defendant*

```
WALMART INC,
CT CORPORATION SYSTEM
306 W MAIN ST. STE 512
FRANKFORT                KY      40601
```

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, EMILY WARD BUZANIS

By _____, DC

Date: 02/01/2019

---

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
    To: _____

[ ] Not Served because: _____

Date: _____, 2____.                       _____
                                                        Served by

---

CI   19-CI-00047
MCINTOSH, CHERIE  VS. WALMART STORES EAST, LIMITED PARTNERS

COMMONWEALTH OF KENTUCKY
GRAVES CIRCUIT COURT
CIVIL ACTION NO. 19-CI-__47__

CHERIE MCINTOSH                                                        PLAINTIFF

v.                            **COMPLAINT**

WAL-MART STORES EAST, LIMITED PARTNERSHIP
702 SW 8th St.
Bentonville, AR 72716

      SERVE:    CT CORPORATION SYSTEM
                          306 W. MAIN ST.
                          SUITE 512
                          FRANKFORT, KY 40601
                          *BY CERTIFIED MAIL*

AND

WALMART INC.                                                 DEFENDANTS
702 SW 8th St.
Bentonville, AR 72716

      SERVE:    CT CORPORATION SYSTEM
                          306 W. MAIN ST.
                          SUITE 512
                          FRANKFORT, KY 40601
                          *BY CERTIFIED MAIL*

---

      Comes the Plaintiff, Cherie McIntosh, through undersigned counsel, and for her cause of action, states and pleads as follows:

**PARTIES**

1. The Plaintiff, CHERIE MCINTOSH, is a resident of the Commonwealth of Kentucky, residing at 6673 State Route 94 East, Sedalia, Kentucky 42079.

2. The Defendant, WAL-MART STORES EAST, LIMITED PARTNERSHIP, is a Foreign ULPA Limited Partnership with its principal office located at 702 SW 8th Street, Bentonville, Arkansas 72716, doing business in the Commonwealth of Kentucky within the meaning of KRS

Page 1 of 5

A COPY ATTEST
EMILY WARD BUZANIS, CLERK
GRAVES COUNTY CIRCUIT COURT
BY _____ D.C.
DATE  2-1-19

454.210. Service of process can be effected upon this Defendant by the Clerk of this Court providing to the Defendant by Certified Mail a Summons, along with a copy of this Complaint, to the Defendant's registered agent for service, CT Corporation System, at 306 W. Main St., Suite 512, Frankfort, Kentucky 40601.

3. The Defendant, WALMART INC., is a Foreign Corporation with its principal office located at 702 SW 8th Street, Bentonville, Arkansas 72716, doing business in the Commonwealth of Kentucky within the meaning of KRS 454.210. Service of process can be effected upon this Defendant by the Clerk of this Court providing to the Defendant by Certified Mail a Summons, along with a copy of this Complaint, to the Defendant's registered agent for service, CT Corporation System, at 306 W. Main St., Suite 512, Frankfort, Kentucky 40601.

4. Defendants, WAL-MART STORES EAST, LIMITED PARTNERSHIP and/or WALMART INC. (hereinafter WALMART) owned, operated, and/or maintained a store located at 1225 Paris Road, Mayfield, Graves County, Kentucky. This store is designated by WALMART as store number 430.

### JURISDICTION AND VENUE

5. Jurisdiction is proper in the Commonwealth of Kentucky pursuant to KRS 454.210(2)(a)(3) and 454.210(2)(a)(4), as the injury suffered by the Plaintiff, and caused by the Defendants, occurred within the geographic boundaries of the Commonwealth of Kentucky.

6. Venue is proper in the Graves Circuit Court pursuant to KRS 452.450 as the injury suffered by the Plaintiff, and caused by the Defendants, occurred in Graves County, Kentucky.

7. The damages sought by the Plaintiff exceed the minimum jurisdiction limits of the Circuit Court.

## COUNT I – NEGLIGENCE

8. On or about February 2, 2018, the Defendants, WALMART, owed a duty to discover unreasonably dangerous conditions on their land and either eliminate or warn of them.

9. On or about February 2, 2018, the Defendants, WALMART, owed a duty to use ordinary care and diligence to keep and maintain their business premises in a condition reasonably safe for its intended use.

10. On or about February 2, 2018, the Plaintiff, CHERIE MCINTOSH, was at Defendants' WALMART store located at 1225 Paris Road, Mayfield, Graves County, Kentucky as an invitee for the purpose of shopping at said store.

11. On or about February 2, 2018, the Plaintiff, CHERIE MCINTOSH, exited her vehicle in the parking lot at the above-referenced WALMART store following a recent snowfall. As a result of the negligent, inadequate, and inferior attempt by employees and/or agents of WALMART to clear the parking lot following the snowfall, the Plaintiff slipped on a patch of ice or compressed snow that she did not see located near her vehicle and fell to the ground, suffering injury. The Plaintiff was walking in a generally careful and prudent manner on the Defendants' business premises prior to the fall.

12. The Defendants breached their duty of care and diligence as well as their duty to discover unreasonably dangerous conditions on their land and either eliminate or warn of them by conducting an inadequate and inferior attempt to clear the parking lot following the snowfall, causing a patch of ice and/or compressed snow to remain, creating an unreasonably dangerous condition on the Defendants' business premises.

13. The injuries suffered by the Plaintiff, CHERIE MCINTOSH, was a direct and proximate result of the negligence of the Defendants, WALMART. The Defendants failed to use ordinary and reasonable care and diligence to maintain their business premises in a reasonably safe condition and/or failed to discover unreasonably dangerous conditions on their business premises and either eliminate or warn the Plaintiff, CHERIE MCINTOSH, resulting in injury to the person of the Plaintiff.

14. The Defendants, WALMART, knew or should have known that an unreasonably dangerous condition existed on their business premises that a reasonably prudent person could not have been expected to know existed and/or appreciate the dangerousness of the condition.

15. As a direct and proximate result of the negligence of the Defendants, Plaintiff CHERIE MCINTOSH sustained temporary and permanent injuries to her knee, back, and body generally, resulting in past and future medical expenses, past and future wage loss, past and future pain and suffering, the loss of enjoyment of life, and the increased likelihood of future complications.

WHEREFORE, the Plaintiff, CHERIE MCINTOSH, demands judgment against the Defendants in a fair and reasonable amount but in excess of the jurisdictional limitations of this Court together with interest from date of occurrence and judgment, costs expended hereof, attorney fees, and all other relief to which she may appear to be entitled.

RESPECTFULLY SUBMITTED,

*[signature]*
CHRIS HENDRICKS
301 Andrus Drive
P.O. Box 1575
Murray, KY 42071
(270) 293-5944
*Co-Counsel for Plaintiff*

AND

_____
MITCHELL T. RYAN
304 N. 4th St.
Murray, KY 42071
(270) 761-6880
*Co-Counsel for Plaintiff*
